UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COREY L. HINES, | ) |
| Movant, | ) ) ) |
| vs. | ) No. 4:07CV1884 HEA ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the motion of Corey L. Hines to Vacate, Set aside or Correct his sentence pursuant to 28 U.S.C. § 2255 is denied.

**IT IS FURTHER ORDERED** that this Court will not issue a certificate of appealability as Movant has not made a substantial showing of the denial of a federal constitutional right.

Dated this 1st day of May, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE